**JUDGE CEDARBAUM**

**08 CV 00449**

Chester Rothstein (CR 1417)
Neil M. Zipkin (NZ 4718)
Michael P. Kenney (MK 0740)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York  10016
(212) 336-8000

Attorneys for Plaintiff
Prime Time Toys, Ltd.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -x

PRIME TIME TOYS, LTD,

                Plaintiff

     v.

JA-RU, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - -x

Civil Action No.: 08 CV ____ (__)
ECF Case

**RULE 7.1 CORPORATE DISCLOSURE**

**RULE 7.1 CORPORATE DISCLOSURE FOR PRIME TIME TOYS, LTD**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for the Plaintiff Prime Time Toys, Ltd., hereby certifies that the following are the corporate parents and publicly held corporations owning ten percent (10%) or more of the stock of PRIME TIME TOYS, LTD: NONE

388776.1

Respectfully submitted,

AMSTER, ROTHSTEIN & EBENSTEIN LLP
Chester Rothstein (CR 1417)
Neil M. Zipkin (NZ 4718)
Michael P. Kenney (MK 0740)
Attorneys for Plaintiff Prime Time Toys, Ltd
90 Park Avenue
New York, New York 10016
(212) 336-8000

Dated: January 17, 2008

By _____
Neil M. Zipkin (NZ 4718)

388776.1