UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRIME TIME TOYS, LTD,
        Plaintiff(s),

-against-

JA-RU, INC. and MARLON CREATIONS, INC.,
        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK)
                S.S.:
COUNTY OF NEW YORK)

Index No. 08 CIV. 00449(MGC)

AFFIDAVIT OF SERVICE

        NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 13th day of March 2008, at approximately 2:30 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT, JUDGES' RULES AND ECF GUIDELINES** upon Marlon Creations, Inc. at 35-01 36th Avenue, Long Island, NY 11106, by personally delivering and leaving the same with Michael Rehns, President, who informed deponent that he is an officer authorized by law to receive service at that address.

        Michael Rehns is a white male, approximately 53 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 140 pounds with balding blonde hair and brown eyes.

_____
NELSON CARVAJAL #965441

Sworn to before me this
17th day of March, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 2008