USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRIME TIME TOYS, LTD.,

                Plaintiff,

v.

JA-RU, INC.; JA-RU (HK), LTD. and
MARLON CREATIONS, INC.,

                Defendants.
------------------------------------------------------------X

Civil Action No. 1:08-cv-00449-MGC
ECF Case

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, subject to approval by the Court, that:

1. Plaintiff may file and serve the attached Second Amended Complaint.

2. The time for Defendants to answer, move, or otherwise respond to the Second Amended Complaint shall be May 2, 2008.

3. Defendants' stipulation to the filing of the Second Amended Complaint is without prejudice to any position they might take in this action.

Dated: New York, New York
        March 31, 2008

| AMSTER, ROTHSTEIN & EBENSTEIN LLP | LOEB & LOEB LLP |
|---|---|
| By: _____ | By: _____ |
| Neil M. Zipkin (NZ-4718) | Brian R. Socolow (BS-6234) |
| 90 Park Avenue | 345 Park Avenue |
| New York, New York 10016 | New York, New York 10154-1895 |
| (212) 336-8000 | (212) 407-4000 |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED:

_____
          U.S.D.J.
4-8-08

NY710721.3
666666-66666