Brian R. Socolow (BRS-6234)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
(212) 407-4000

Attorneys For Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
                                          :

PRIME TIME TOYS, LTD.,
                                          :

           Plaintiff,
                                          :

      -against-                         :     08 Civ. 0449 (MGC)

                                             **NOTICE OF MOTION**

JA-RU, INC. and MARLON CREATIONS,
INC.,
                                          :

          Defendants.            :

                                          :
-------------------------------------------------------X

        PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Brian R. Socolow, with exhibit, dated April 15, 2008, and accompanying proposed Order, defendants by their counsel, Loeb & Loeb LLP, will move this Court, with the consent of plaintiff's counsel, before the Honorable Miriam Goldman Cedarbaum, on May 8, 2008, at 9:30 a.m., or as soon as counsel may be heard, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern and Eastern Districts of New York admitting Ivy Mara Choderker to the bar of this Court *pro hac vice*.

Dated: New York, New York
        April 15, 2008

                                   LOEB & LOEB LLP

                                   By:_____
                                        Brian R. Socolow (BRS-6234)
                                        345 Park Avenue
                                        New York, New York 10154
                                        (212) 407-4000

                                   Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X

PRIME TIME TOYS, LTD.,

                      Plaintiff,

          -against-

JA-RU, INC. and MARLON CREATIONS,
INC.,

                Defendants.

---------------------------------------------------X

08 Civ. 0449 (MGC)

**DECLARATION OF BRIAN R.
SOCOLOW**

          BRIAN R. SOCOLOW, declares as follows under penalty of perjury:

          1.      I am an attorney duly admitted to practice before this Court and am a member of the law firm of Loeb & Loeb LLP, attorneys for defendants in this action.

          2.      I make this declaration in support of defendants' motion for an Order, pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern and Eastern Districts of New York admitting Ivy Mara Choderker to the bar of this Court *pro hac vice*.

          3.      Ms. Choderker is a member of the firm Lewis Anten, a Profession Corporation, in Encino, California.

          4.      Ms. Choderker is a member in good standing of the bar of the State of California and the United States District Court for the Central District of California.  A Certificate of Good Standing, issued by the Supreme Court of California, is attached hereto as Exhibit A.

          5.      Ms. Choderker is fully familiar with the facts and issues in this case and will be involved in all aspects of the case, including, motion practice and trial.

6.     Counsel for plaintiff has consented to this motion.

WHEREFORE, it is respectfully requested that defendants' motion be granted and that Ivy Mara Choderker be admitted to the bar of this Court pro hac vice.

Dated:  New York, New York
        April 15, 2008

                                              _____
                                              Brian R. Socolow

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

April 3, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, IVY MARA
CHODERKER, #210612 was admitted to the practice of law in this state by
the Supreme Court of California on December 5, 2000; and has been since
that date, and is at date hereof, an ACTIVE member of the State Bar of
California; and that no recommendation for discipline for professional or
other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )      SS.
COUNTY OF NEW YORK  )

TIMOTHY B. CUMMINS, being duly sworn, deposes and says:

1.    I am not a party to this action and am over 18 years of age.

2.    On April 15, 2008, I served a true copy of the foregoing

Notice of Motion and the accompanying proposed order by first-class mail to the below

listed party:

Neil M. Zipkin, Esq.
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
Attorneys for Plaintiffs

Timothy B. Cummins

Sworn to before me this
15th Day of April, 2008

Notary Public

9/30/09

NY714602.1
212549-10001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
PRIME TIME TOYS, LTD.,
                                                       :
               Plaintiff,
                                                       :
               -against-                                    08 Civ. 0449 (MGC)
                                                       :
JA-RU, INC. and MARLON CREATIONS,                           **ORDER FOR ADMISSION PRO HAC
INC.,                                                  :    VICE ON WRITTEN MOTION**
                                                       :
               Defendants.                             :
                                                       :
-------------------------------------------------------X

          Upon the motion of Brian R. Socolow, attorney for defendants, and said

sponsor's attorneys' declaration in support:

IT IS HEREBY ORDERD THAT:

|  |  |
|---|---|
| Applicant's Name: | Ivy Mara Choderker |
| Firm Name: | Lewis Anten, a Professional Corporation |
| Address: | 16830 Ventura Boulevard, Suite 236 |
| City/State/Zip: | Encino, California 91436 |
| Telephone/Fax: | (818) 501-3534/(818) 501-4138 |
| Email Address: | ivychods@aol.com |

is admitted to practice pro hac vice as counsel for defendants in the above captioned case

in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

NY713276.1
212549-10001

Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: May ___, 2008
       New York, New York

<br>

                                                   _____
                                                  United States District Judge