Brian R. Socolow (BS-6234)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRIME TIME TOYS, LTD.,                           :

                Plaintiff,                    :
                                                         08 Civ. 0449 (MGC)

               -against-                     :         **NOTICE OF MOTION**

JA-RU, INC. and MARLON CREATIONS,    :
INC.,
                                      :

                Defendants.

                                      :
------------------------------------------------------------X

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Brian R. Socolow, with exhibit, dated April 15, 2008, and accompanying proposed Order, defendants by their counsel, Loeb & Loeb LLP, will move this Court, with the consent of plaintiff's counsel, before the Honorable Miriam Goldman Cedarbaum, on May 8, 2008, at 9:30 a.m., or as soon as counsel may be heard, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern and Eastern Districts of New York admitting Lewis Anten to the bar of this Court *pro hac vice*.

Dated: New York, New York
April 15, 2008

                        LOEB & LOEB LLP

By: _____
      Brian R. Socolow
      345 Park Avenue
      New York, New York 10154-1895
      (212) 407-4000

      Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRIME TIME TOYS, LTD.,                         :

            Plaintiff,                         :
                                             08 Civ. 0449 (MGC)

       -against-                               :    **DECLARATION OF BRIAN R.**
                                               **SOCOLOW**
JA-RU, INC. and MARLON CREATIONS,  :
INC.,
                                           :
           Defendants.
                                           :
------------------------------------------------------------X

       BRIAN R. SOCOLOW, declares as follows under penalty of perjury:

       1.     I am an attorney duly admitted to practice before this Court and am a member of the law firm of Loeb & Loeb LLP, attorneys for defendants in this action.

       2.     I make this declaration in support of defendants' motion for an Order, pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern and Eastern Districts of New York admitting Lewis Anten to the bar of this Court *pro hac vice.*

       3.     Mr. Anten is a member of the firm Lewis Anten, a Profession Corporation, in Encino, California.

       4.     Mr. Anten is a member in good standing of the bar of the State of California and the United States District Court for the Central District of California. A Certificate of Good Standing, issued by the Supreme Court of California, is attached hereto as Exhibit A.

       5.     Mr. Anten is fully familiar with the facts and issues in this case and will be involved in all aspects of the case, including, motion practice and trial.

6. Counsel for plaintiff has consented to this motion.

WHEREFORE, it is respectfully requested that defendants' motion be granted and that Lewis Anten be admitted to the bar of this Court pro hac vice.

Dated: New York, New York
April 15, 2008

                LOEB & LOEB LLP

By: _____
     Brian R. Sogolow
     345 Park Avenue
     New York, New York 10154-1895
     (212) 407-4000

Attorneys for Defendants

NY713262.2
212549-10001

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639    TELEPHONE: 888-800-3400

April 3, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LEWIS ANTEN, #56459 was admitted to the practice of law in this state by the Supreme Court of California on December 20, 1973; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) SS.
COUNTY OF NEW YORK  )

TIMOTHY B. CUMMINS, being duly sworn, deposes and says:

1. I am not a party to this action and am over 18 years of age.

2. On April 15, 2008, I served a true copy of the foregoing Notice of Motion and the accompanying proposed order by first-class mail to the below listed party:

> Neil M. Zipkin, Esq.
> Amster Rothstein & Ebenstein LLP
> 90 Park Avenue
> New York, New York 10016
> Attorneys for Plaintiffs

_____
Timothy B. Cummins

Sworn to before me this
15th Day of April, 2008

_____
Notary Public

9/30/09

NY714602.1
212549-10001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
PRIME TIME TOYS, LTD.,                                  :
                                                        :
                Plaintiff,                              :
                                                        :
        -against-                                       :   08 Civ. 0449 (MGC)
                                                        :
JA-RU, INC. and MARLON CREATIONS,                       :   **ORDER FOR ADMISSION PRO HAC**
INC.,                                                   :   **VICE ON WRITTEN MOTION**
                                                        :
                Defendants.                             :
                                                        :
                                                        :
--------------------------------------------------------X

      Upon the motion of Brian R. Socolow, attorney for defendants, and said sponsor's attorneys' declaration in support:

IT IS HEREBY ORDERD THAT:

| | |
|---|---|
| Applicant's Name: | Lewis Anten |
| Firm Name: | Lewis Anten, a Professional Corporation |
| Address: | 16830 Ventura Boulevard, Suite 236 |
| City/State/Zip: | Encino, California 91436 |
| Telephone/Fax: | (818) 501-3534/(818) 501-4138 |
| Email Address: | lewisanten@aol.com |

is admitted to practice pro hac vice as counsel for defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

NY713275.1
212549-10001

Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:  May ___, 2008
        New York, New York

                                                    _____
                                                      United States District Judge

NY713275.1
212549-10001