UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRIME TIME TOYS, LTD.,                          :

                Plaintiff,          :    Civil Action No. 1:08 cv-00449 (MGC)

             -against-                 :    ECF Case

JA-RU, INC.; JA-RU (HK), LTD.; and              :
MARLON CREATIONS, INC.,
                               :
                Defendants.
                               :
------------------------------------------------------------X

## RULE 7.1 STATEMENT OF JA-RU, INC., JA-RU (HK), LTD. AND MARLON CREATIONS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants Ja-Ru, Inc., Ja-Ru (HK), Ltd., and Marlon Creations, Inc. certifies that there are no parent corporations or publicly held corporations that own ten percent (10%) or more of the stock of Ja-Ru, Inc., Ja-Ru (HK), Ltd. or Marlon Creations, Inc.

Dated: New York, New York
       May 2, 2008

                                           LOEB & LOEB LLP

                                           By: _____
                                              Brian R. Socolow (BS-6234)
                                              345 Park Avenue
                                              New York, New York 10154-1895
                                              (212) 407-4000

Of Counsel:

Lewis Anten (CA State Bar No. 56459) (pro hac vice admission pending)
Ivy Choderker (CA State Bar No. 210612) (pro hac vice admission pending)
LEWIS ANTEN, P.C.
16830 Ventura Boulevard, Suite 236
Encino, CA  91436
(818) 501-3535

Attorneys for Defendants
Ja-Ru, Inc., Ja-Ru (HK), Ltd., and Marlon Creations, Inc.

NY717430.1
212549-10001