UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PRIME TIME TOYS, LTD.,

        Plaintiff,

-against-

JA-RU, INC. and MARLON CREATIONS, INC.,

        Defendants.

------------------------------------------------------------X

08 Civ. 0449 (MGC)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

Upon the motion of Brian R. Socolow, attorney for defendants, and said sponsor's attorneys' declaration in support:

IT IS HEREBY ORDERD THAT:

| | |
|---|---|
| Applicant's Name: | Ivy Mara Choderker |
| Firm Name: | Lewis Anten, a Professional Corporation |
| Address: | 16830 Ventura Boulevard, Suite 236 |
| City/State/Zip: | Encino, California 91436 |
| Telephone/Fax: | (818) 501-3534/(818) 501-4138 |
| Email Address: | ivychods@aol.com |

is admitted to practice pro hac vice as counsel for defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

NY713276.1
212549-10001

Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: May 7, 2008
New York, New York

S/
_____
United States District Judge

NY713276.1
212549-10001