UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

PRIME TIME TOYS, LTD.,

    Plaintiff,

v.

JA-RU, INC.; JA-RU (HK), LTD.; and MARLON CREATIONS, INC.,

    Defendants.

------------------------------x

08 Civ. 00449 (MGC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/09

### STIPULATION OF DISMISSAL, WITH PREJUDICE

The parties having entered into a Settlement Agreement, by their respective counsel, hereby stipulate that the claims and counterclaims in the above action shall be dismissed with prejudice with each party to bear its own costs and counsel fees.

Further, the parties agree, subject to the approval of the Court, that this Court shall retain jurisdiction over the parties in order to enforce the terms of the Settlement Agreement.

Neil M. Zipkin (NZ-4718)
David A. Boag (DB-9899)
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000

Attorneys for Prime Time Toys, Ltd.

Dated: January 8, 2009

By: _____

416999.1

                                          Brian Socolow (BS-6234)
                                          LOEB & LOEB LLP
                                          345 Park Avenue
                                          New York, New York 10154
                                          (212) 407-4000

                                          Lewis Anten
                                          LEWIS ANTEN, P.C.
                                          16830 Ventura Boulevard
                                          Suite 236
                                          Encino, California 91436

                                          Attorneys for Ja-Ru, Inc., Ja-Ru (HK), Ltd.
                                          and Marlon Creations, Inc.

Dated: January 12, 2009          By: _____

SO ORDERED:

New York, New York
Dated: January 12, 2009                _____
                                                        U.S.D.J.